IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIS, et al. | ) |
| | ) **Case No.: C00-02532 SBA** |
| Plaintiffs, | ) |
| | ) **STIPULATION AND ORDER** |
| vs. | ) **REGARDING DISMISSAL** |
| | ) |
| CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |

Defendant City and County of San Francisco has complied with all conditions set forth in the Stipulation and Order Regarding Dismissal, filed in this action on April 2, 2007, and with the Settlement Agreement, filed in this action on December 18, 2003.  Accordingly, Plaintiffs hereby request unconditional dismissal with prejudice of all claims, including Claims 1, 4 and 12 of the Third Amended Complaint.

Dated: _____      DENNIS J. HERRERA, CITY ATTORNEY
                                                                                  JAMES M. EMERY

By: _____
JAMES M. EMERY
Attorneys for City and County of San Francisco

Dated: _____      DISABILITY RIGHTS CALIFORNIA

By: _____
ELISSA GERSHON
Attorneys for Plaintiffs

1  **IT IS SO ORDERED:**

3  DATED:    1/30/09

5                                                          By:   _____
6                                                                 SAUNDRA BROWN ARMSTRONG
                                                                  United States District Court Judge

7  F:\DOCS\LHH\PLEADINGS\DRAFT dismissal stip 3-27-07.doc